IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

------------------------------------------------------------------
BEATRICE FOY, et al.
on behalf of herself and all others similarly situated,

                      Plaintiffs,

                      v.

DURHAM SCHOOL SERVICES, L.P., et al.,

                      Defendant.

------------------------------------------------------------------

Case: 2:20-cv-02750-JPM-tmp

**JOINT MOTION FOR ORDER (1) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT; (2) APPROVING FORM AND MANNER OF NOTICE TO THE SETTLEMENT CLASS; (3) SCHEDULING A FINAL FAIRNESS HEARING FOR THE FINAL CONSIDERATION AND APPROVAL OF THE SETTLEMENT AND (4) FINALLY APPROVING THE SETTLEMENT**

Beatrice Foy ("Class Representative"), on behalf of herself and on behalf of the individuals named on Schedule 1 to the Settlement (the "Settlement Class") on the one hand, and Durham School Services, L.P. ("Durham") on the other hand, sometimes collectively referred to herein as the "Parties,"[1] by and through their respective counsel of record, submit this Joint Motion for an Order (1) Preliminarily Approving the Settlement Agreement between the Parties; (2) Approving the Form and Manner of Notice to the Settlement Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion").

In support of this Joint Motion, the Parties submit a memorandum of law and the exhibits, thereto.

Dated: August 23, 2021

---

[1] The Parties have stipulated in the Settlement to the removal of Gail Smith as a named party to this action. Upon final approval of this Settlement Agreement by the Court, Ms. Smith will be a member of the Settlement Class unless she exercises her right of opt-out, in accordance with the Court approved opt-out process.

Respectfully submitted,

 /s/   *Mary E. Olsen*
THE GARDNER FIRM, PC
Mary E. Olsen (OLSEM4818) (phv granted)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

J. Gerard Stranch IV,
BPR #23045
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
P: (615) 254-8801
gerards@bsjfirm.com

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)*
100 Church Street, 8th Floor
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

*Attorneys For The Class Representative And The Settlement Class*


*And*


 /s/   *James J. Swartz, Jr.*
James J. Swartz, Jr.
TN Bar No.: 034873
Zheyao Li (*pro hac vice*)
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
jswartz@seyfarth.com

David S. Baffa (*pro hac vice*)
233 South Wacker Drive
Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorneys for Durham*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2021 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will notify all counsel of record.

                                              /s/ Mary E. Olsen