IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

BEATRICE FOY, et al.
on behalf of himself and all others similarly situated,

                Plaintiffs,

                v.

DURHAM SCHOOL SERVICES, L.P., et al.,

                Defendant.

Case: 2:20-cv-02750-JPM-tmp

---

**ORDER PURSUANT TO FED. R. CIV. P. RULE 23 (I) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT; (II) APPROVING FORM AND MANNER OF NOTICE TO THE SETTLEMENT CLASS; (III) SCHEDULING A FINAL FAIRNESS HEARING FOR THE FINAL CONSIDERATION AND APPROVAL OF THE SETTLEMENT AND (IV) GRANTING RELATED RELIEF**

The Court has considered the joint motion of Beatrice Foy ("Class Representative"), on behalf of herself and on behalf of the individuals named on Schedule 1 to the Settlement (the "Settlement Class") on the one hand, and Durham School Services, L.P. ("Durham") on the other hand, sometimes collectively referred to herein as the "Parties,"[1] by and through their respective counsel of record, for an Order (1) Preliminarily Approving the Settlement Agreement between the Parties; (2) Approving the Form and Manner of Notice to the Settlement Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion").

The Court finds that:

    A.    The Parties agree for purposes of Settlement only, that the WARN Act Litigation should be certified as a class action, consisting of all persons nominally employed by Durham who

---

[1] The Parties have stipulated in the Settlement to the removal of Gail Smith as a named party to this action. Upon final approval of this Settlement Agreement by the Court, Ms. Smith will be a member of the Settlement Class unless she exercises her right of opt-out, in accordance with the Court approved opt-out process.

1

worked at or reported to the facilities which serve the Shelby County Schools (these "Facilities" consist of the following: 1681 Getwell Road, Memphis, TN 38111 ("Getwell"), 2325 Kentucky Street, Memphis, TN 38109, ("Kentucky"), 1384 Farmville Ave. Memphis, TN 38122 ("Farmville") and 2800 Grays Creek, Arlington, TN 38016 ("Grays Creek")) which employed 50 or more employees, excluding part-time employees (as defined under the WARN Act), who were arguably laid off, without cause on their part, after on or about March 13, 2020 for a period of at least six consecutive calendar months as part of the Shelby County School System closure-related layoff at the Facilities, and who do not file a timely request to opt-out of the class (the "Settlement Class").

B.   Based on the range of possible outcomes and the cost, delay, and uncertainty associated with further litigation, the Settlement Agreement is reasonable and cost-effective, and preliminary approval of the Settlement Agreement is warranted.

C.   The Settlement Agreement should be preliminarily approved.

D.   Notice should be given to the Settlement Class, affording members of the proposed Settlement Class the opportunity to opt-out or object to the proposed Settlement Agreement. If Durham has not already done so, Durham is to provide Class Counsel with the last known address of each Settlement Class member, within two (2) business days of entry of this Order.

E.   The Class Notice should be provided to all Settlement Class Members by first class mail, postage prepaid, at their last known address as indicated by Defendants (or as updated through efforts of Class Counsel, unless a different address has been provided by the proposed Settlement Class Member). Such mailing should be made by Class Counsel within ten (10) business days of entry of this Order. Notice in this manner is reasonable and the best notice practicable under the circumstances.

  F. The proposed class notice of settlement ("Class Notice"), which is attached to the Joint Motion as Exhibit C, meets the requirements of Fed. R. Civ. P. 23(c)(2)(B).  The Class Notice sufficiently describes, in clear, concise and easily understood language, the nature of the action and claims, respectively, the class certified, and the issues and defenses.  The Class Notice also states that the Settlement Agreement, if approved, will be binding on all Settlement Class members.  The Class Notice also summarizes the terms of the Settlement Agreement, the right of and manner for each Settlement Class member to opt-out or object to the Settlement Agreement, the right of each Settlement Class member to appear by counsel at the Fairness Hearing, and the fact that more information is available from Class Counsel upon request.  Further, the Notice informs the Settlement Class members that the Settlement Agreement provides for the release of their claims as identified in the Settlement Agreement, and the payment of Class Counsel's attorneys' fees and costs.  *See* Fed. R. Civ. P. 23(h).

  G. A hearing on the final approval of the Settlement Agreement (the "<u>Fairness Hearing</u>") should be held no sooner than sixty (60) days following the entry of this Order so that Settlement Class members will have at least thirty-five (35) days from the mailing of the Class Notices to secure further information regarding the relief sought by the Joint Motion, to opt-out or object to the Settlement Agreement should they choose to do so, and/or to engage counsel to appear at the Fairness Hearing.

  H. Other good and sufficient cause exists for granting the relief requested in the Joint Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

  1. The Joint Motion is GRANTED.

  2. The Settlement Agreement is hereby preliminarily approved.

3. Beatrice Foy is appointed as Class Representative, and her counsel, Lankenau & Miller, LLP, The Gardner Firm, P.C., and Branstetter, Stranch & Jennings, PLLC are appointed as Class Counsel.

4. For Settlement purposes only, the litigation may be maintained on behalf of a Settlement Class consisting of all persons nominally employed by Durham who worked at or reported to the facilities which serve the Shelby County Schools (these "Facilities" consist of the following: 1681 Getwell Road, Memphis, TN 38111 ("Getwell"), 2325 Kentucky Street, Memphis, TN 38109, ("Kentucky"), 1384 Farmville Ave. Memphis, TN 38122 ("Farmville") and 2800 Grays Creek, Arlington, TN 38016 ("Grays Creek")) which employed 50 or more employees, excluding part-time employees (as defined under the WARN Act), who were arguably laid off, without cause on their part, after on or about March 13, 2020 for a period of at least six consecutive calendar months as part of the Shelby County School System closure-related layoff at the Facilities, and who do not file a timely request to opt-out of the class (the "Settlement Class").

5. Notice should be given to the Settlement Class, affording members of the proposed Settlement Class the opportunity to opt-out or object to the proposed Settlement Agreement. If Durham has not already done so, within two (2) business days of entry of this Order, Durham is to provide Class Counsel with the last known address for each Settlement Class member.

6. The form of the Class Notice and the service of the Class Notice by Class Counsel by first class mail, postage prepaid, to each Settlement Class Member at his or her last known address as provided by Durham (or as updated through efforts of Class Counsel, unless a different address has been provided by the proposed Settlement Class member) is hereby approved.

7. The Notice shall be mailed by first class mail by Class Counsel, or their designee, no later than ten (10) business days following entry of this Order to the Settlement Class Members.

8. Objections or other responses to the final approval of the Settlement Agreement are to be filed with the Clerk of the Court and mailed to the entities listed in the Notice, via United States mail, so that they are received by the date shown in the Class Notice, which shall be at least thirty-five (35) days from the date that Class Counsel, or their designee, mails the Class Notice to the Settlement Class members. Settlement Class members who wish to opt-out of the Settlement must send any such completed opt-out form so that it is received by Class Counsel by the date shown in the Class Notice, which shall be at least thirty-five (35) days from the date that Class Counsel, or their designee, mails the Class Notice to the Settlement Class members.

9. Approval of the Settlement Agreement by this Court, combined with full consummation of Durham's obligations under the Settlement Agreement, shall operate as a release of the Released Claims, as defined in the Settlement Agreement, against the Released Parties by any Settlement Class Members who do not timely submit an Opt-out form in accordance with the Court approved opt-out process.

10. The Court shall conduct the Fairness Hearing on Friday, November 12, 2021 at 11 a.m. in Courtroom #3, 9th Floor, 167 North Main Street, Memphis, TN 38103.

Dated: September 1, 2021.

/s/ Jon P. McCalla
HON. JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE