IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BEATRICE FOY, et al. <br> on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DURHAM SCHOOL SERVICES, L.P., et al., <br><br> Defendant. | Case No. 2:20-cv-02750-JPM-tmp |

**FINAL ORDER PURSUANT TO FED. R. CIV. P. 23 APPROVING SETTLEMENT AGREEMENT BETWEEN THE PARTIES AND GRANTING <u>RELATED RELIEF</u>**

The Court has considered the Joint Motion of Beatrice Foy ("<u>Class Representative</u>"), on behalf of herself and on behalf of the individuals named on Schedule 1 to the Settlement (the "<u>Settlement Class</u>") on the one hand, and Durham School Services, L.P. ("<u>Durham</u>") on the other hand, sometimes collectively referred to herein as the "<u>Parties,</u>"[1] by and through their respective counsel of record, for an Order (1) Preliminarily Approving the Settlement Agreement between the Parties; (2) Approving the Form and Manner of Notice to the Settlement Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "<u>Joint Motion</u>"). (ECF No. 49.)

The Court finds:

A.   The Court entered an Order on <u>September 1, 2021</u>, granting preliminary approval

---

[1] The Parties have stipulated in the Settlement to the removal of Gail Smith as a named party to this action. Sadly, following the filing of the Settlement Motion, the Parties learned that Ms. Smith passed away on September 9, 2021. (ECF No. 55.)

1

of the Settlement Agreement and approving the form and manner of notice of the Settlement Agreement and the deadline for opt-outs or objections to be given to all Settlement Class members (ECF No. 50);

  B. Due notice has been given to the Settlement Class of the proposed Settlement Agreement, the right to opt-out or object to the proposed Settlement Agreement and the right to appear in person or by counsel at the fairness hearing; and no other and further notice is required and such notice is deemed proper and sufficient under the circumstances;

  C. There were <u>no</u> objections to the Settlement and <u>4</u> opt-outs. The names of the individuals who timely submitted an Opt-out form, in accordance with the Court approved opt-out process are: <u>Julie Cox, LaVon Darden, Eunice Lewis, and Marta A. Duran-Arevalo</u> (ECF No. 55);

  D. The Court held a fairness hearing on <u>November 12, 2021 at 11:00 a.m.</u>, to consider final approval of the Settlement Agreement (<u>see</u> ECF No. 56);

  E. All Settlement Class Members are bound by this Order and the terms of the Settlement Agreement;

  E. The terms of the Settlement Agreement are fair, reasonable and adequate under Federal Rule of Civil Procedure 23 and the law of this Circuit;

  F. The Settlement Agreement was negotiated at arms' length and in good faith, is fair, equitable and in the best interests of the parties;

  G. Other good and sufficient cause exists for granting the relief requested in the Joint Motion.

  IT IS HEREBY ORDERED THAT:

  1. The Joint Motion is granted and the Settlement Agreement, attached to the Joint Motion, is APPROVED as fair and reasonable. The parties are authorized to implement its terms.

2. Approval of the Settlement Agreement by this Court, combined with full consummation of Durham's obligations under the Settlement Agreement, shall operate as a release of the Released Claims, as defined in the Settlement Agreement, against the Released Parties by any Settlement Class Members who did not timely submit an Opt-out form in accordance with the Court approved opt-out process.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 12, 2021

/s/ Jon P. McCalla
HON. JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE